UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Case No. 15-cv-725

---

MARK MITTELSTADT,

    Plaintiff,

v.

                              Case No. 15-cv-725

TOM VILSACK, in his capacity as
SECRETARY, UNITED STATES
DEPARTMENT OF AGRICULTURE,

    Defendant.

---

### PLAINTIFF'S NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Mark Mittelstadt, the Plaintiff in the in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment, Case Document No. 27, entered in this action on June 16, 2017.

/s *Frank Jablonski*

PROGRESSIVE LAW GROUP, LLC
Attorney Frank Jablonski
State Bar No.: 1000174
354 W. Main Street
Madison, WI 53703
(608) 258-8511
frankj@progressivelaw.com